ERIC H. HOLDER, Jr.
Attorney General
JOHN F. WALSH
United States Attorney
District of Colorado

NATHALIE E. COHEN
Special Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Email: nathalie.cohen@usdoj.gov
Telephone: (303) 454-0100

Attorneys for Defendant United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Jesus Castro Romo, | ) | No. 04:12-CV-000041-RCC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **NOTICE OF SERVICE OF DEFENDANT** |
| | ) | **UNITED STATES OF AMERICA'S** |
| The United States of America, | ) | **INITIAL DISCLOSURES PURSUANT TO** |
| | ) | **FED. R. CIV. P. 26(a)** |
| Defendant. | ) | |
| | ) | |
| | ) | |

  Defendant United States of America, by and through undersigned counsel, herein notifies the Court that it has served its Initial Disclosures pursuant to Fed. R. Civ. P. 26(a) on this date on Plaintiff's counsel.

  DATED this 4th day of June, 2012.

1

Respectfully submitted,

ERIC H. HOLDER, Jr.
Attorney General
JOHN F. WALSH
United States Attorney
District of Colorado

By:  <u>s/ Nathalie E. Cohen</u>
     NATHALIE E. COHEN
     Special Assistant United States Attorney

Attorneys for Defendant United States of America

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Kenneth K. Graham
kk@risnerandgraham.com,rld@risnerandgraham.com,mr@risnerandgraham.com

William J. Risner
bill@risnerandgraham.com,rld@risnerandgraham.com,mr@risnerandgraham.com,cc@risnerandgraham.com

<u>s/ Nathalie E. Cohen</u>
NATHALIE E. COHEN
Special Assistant United States Attorney