ERIC H. HOLDER, Jr.
Attorney General

JOHN F. WALSH
United States Attorney
District of Colorado

NATHALIE E. COHEN
Special Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Email: nathalie.cohen@usdoj.gov
Telephone: (303) 454-0100

Attorneys for Defendant United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| Jesus Castro Romo, | ) | No. 04:12-CV-000041-RCC |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | AMENDED ANSWER TO COMPLAINT |
| The United States of America, | ) | |
| Defendant. | ) | |

Defendant, by and through undersigned counsel, hereby answers Plaintiff's Complaint (Docket No. 1) as follows:

I.   The allegations in paragraph I of the Complaint are not statements of fact but are conclusions of law to which no answer is required; to the extent that a response is required, the allegations are denied.

II.   Defendant lacks sufficient information or knowledge to admit or deny the allegations in the first sentence of paragraph II of the Complaint.   The allegations in the

second sentence of paragraph II of the Complaint are not statements of fact but are conclusions of law to which no answer is required; to the extent that a response is required, the allegations are denied.

  III. Defendant lacks sufficient information or knowledge to admit or deny the allegations in the first sentence of paragraph III of the Complaint.  The remaining allegations in paragraph III are admitted.

  IV. Defendant lacks sufficient information or knowledge to admit or deny the allegations in the first four sentences of paragraph IV of the Complaint.  The remaining allegations in paragraph IV are denied.

  V. The allegations in paragraph V of the Complaint are not statements of fact but are conclusions of law to which no answer is required; to the extent that a response is required, the allegations are denied.

  VI. The allegations in paragraph VI of the Complaint are not statements of fact but are conclusions of law to which no answer is required; to the extent that a response is required, the allegations are denied.

  VII. The allegations in the first two sentences of paragraph VII of the Complaint are denied.  Defendant lacks sufficient information or knowledge to admit or deny the remaining allegations in paragraph VII of the Complaint.

  VIII. Denied.

  IX. Defendant lacks sufficient information or knowledge to admit or deny the allegations in the first sentence of paragraph IX of the Complaint.  The remaining allegations in paragraph IX are denied.

1  The final paragraph of the Complaint is a prayer for relief to which no response is
2  required. To the extent that an answer is required, Defendant denies that Plaintiff is entitled
3  to any relief, and denies the allegations of this paragraph.

4  Defendant denies each and every allegation of the Complaint that has not been
5  otherwise admitted, denied or qualified.

**AFFIRMATIVE DEFENSES**

1.  The Complaint fails to state a claim for which relief can be granted.

2.  This Court lacks jurisdiction over the subject matter of the action.

3.  No acts or omissions by the United States or its employees were the proximate cause of any alleged injury to Plaintiff.

4.  The negligence of Plaintiff was the proximate cause and/or contributed to any alleged injuries or damages sustained by Plaintiff.

5.  The superseding and intervening negligence of third parties, for whom the United States cannot be held liable, broke any causal connection between the United States' alleged negligence and Plaintiff's alleged injury.

6.  Plaintiff's claims are barred or diminished as a result of his failure to exercise reasonable care in mitigating damages.

7.  Plaintiff's claims are barred because the alleged negligent act and use of force in this case were justified and taken in self-defense. *See* A.R.S. §§ 13-401 *et seq.*

8.  Plaintiff's claims are barred by A.R.S. § 12-712.

9.  Plaintiff's damages are limited to the amount of his administrative claim. 28 U.S.C.A. § 2675(b).

1    DATED this 7th day of June, 2012.

2                               Respectfully submitted,

3                               ERIC H. HOLDER, Jr.
                                Attorney General
4                             JOHN F. WALSH
                                United States Attorney
5                             District of Colorado

6                      By: s/ Nathalie E. Cohen
                              NATHALIE E. COHEN
7                             Special Assistant United States Attorney

8                             Attorneys for Defendant United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Kenneth K Graham
kk@risnerandgraham.com,rld@risnerandgraham.com,mr@risnerandgraham.com

William J Risner
bill@risnerandgraham.com,rld@risnerandgraham.com,mr@risnerandgraham.com,cc@risnerandgraham.com

                        s/ Nathalie E. Cohen
                        NATHALIE E. COHEN
                        Special Assistant United States Attorney