IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Jesus Castro Romo, | ) | No. CV 12-041-TUC-RCC |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

A Scheduling Conference was held before this Court on June 6, 2012. Accordingly, pursuant to Rule 16(b) of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED:

A. Counsel shall have made all Initial Disclosures as defined in Rule 26(a)(1), Fed.R.Civ.P., on or before **June 4, 2012**, as agreed upon at the Scheduling Conference. To satisfy the requirements of Rule 26(a), the parties shall file a Notice of Initial Disclosure with the Clerk of the Court, rather than copies of the actual disclosures.

B. Parties are given until **July 5, 2012**, for leave to move to join additional parties or to amend pleadings. Thereafter, the Court will not entertain such motions unless good cause under Rule 16, Fed.R.Civ.P., is shown.

C. Plaintiff shall disclose the names of the expert witnesses and expert reports to be used at trial pursuant to the provisions of Rule 26(a)(2) and (3), Fed.R.Civ.P., on or before

1    **October 5, 2012**.  Defendants shall have up to **November 9, 2012**, to disclose rebuttal
2    experts and their reports.  All other witnesses shall be disclosed on or before **November 16,**
3    **2012**.

4         D.    Counsel shall submit to the Court a brief Joint Settlement Status Report on or
5    before **October 5, 2012**, and every 45 days thereafter.

6         E.    All discovery shall be completed by **December 7, 2012**.  The presumptive
7    limits on discovery as set forth in Rule 26(b), Fed.R.Civ.P., shall apply.

8    Parties are directed to LRCiv 7.2(j), which prohibits filing discovery motions unless
9    parties have first met to resolve any discovery difficulties.  If a discovery dispute arises
10   which cannot be resolved by the parties, the parties shall notify the Judge's Law Clerk, Anna
11   Wright, by telephone at (520) 205-4541.  The Court will promptly resolve the problem by
12   scheduling a telephonic conference or by having the parties file motions with the required
13   certifying statement.

14        F.    Dispositive motions shall be filed on or before **January 25, 2013**.  Counsel
15   have leave of the Court, pursuant to LRCiv 7.2 of the Local Rules, to file a motion,
16   opposition and reply.  No other (supplemental) pleading will be considered by the Court,
17   unless a motion to file said pleading is granted by the Court. All pleadings submitted for the
18   court's review and decision must comply with the filing, time, and form requirements of the
19   Local Rules. Additionally, any pleading which is submitted with more than one exhibit must
20   be accompanied by a Table of Contents.  The exhibits must be indexed with tabs which
21   correspond to the Table of Contents.  Absent exigent circumstances, the Court will not
22   consider pleadings which do not conform to these requirements.

23        G.    Counsel shall file a proposed Joint Pretrial Order on or before **March 4, 2013**,
24   unless dispositive motions are filed.  If dispositive motions are filed, the deadline set above
25   shall go into abeyance and proposed Joint Pretrial Order shall be filed 30 days from the filing
26   date of the Court order issuing its decision on said motions.

27        H.    Motions in limine shall be filed no later than two weeks after the filing of the
28   proposed Joint Pretrial Order.  Responses to motions in limine are due ten days after the

motion in limine is filed.  No replies are permitted.  Any hearing on motions in limine will be set at the Pretrial Conference for later hearing.

I. The Pretrial Conference will be set upon the filing of the proposed Pretrial Order, and the Trial Date in this matter will be set at the Pretrial Conference.

NOTE:  Counsel cannot, without Court approval, extend the deadlines imposed by the Court.  All motions/requests for extension of time shall comply with LRCiv 7.3.  All motions/requests for extension of discovery deadlines must include a summary of the discovery conducted to date, the anticipated discovery to be done if the request is granted, and the reasons why discovery has not been completed within the deadline.

All motions, responses and replies must comply with the length requirements set forth in LRCiv 7.2(e), except upon order of the Court.  All requests for page extensions must be filed at least one week prior to the filing of the substantive document.  Any page extension requests filed within one-week of the substantive document will be denied.  Notwithstanding the above, once the Court grants a request for page extension the motion, response or reply may be filed immediately.

DATED this 7th day of June, 2012.

Raner C. Collins
United States District Judge

```
 1
 2
 3
 4
 5
 6
 7
 8                    IN THE UNITED STATES DISTRICT COURT
 9                        FOR THE DISTRICT OF ARIZONA
10
11
12   ******,                          )   No. CV **-***-TUC-RCC
                                      )
13            Plaintiff,              )
                                      )
14   vs.                              )   [PROPOSED] ORDER
                                      )
15                                    )
                                      )
16   ******,                          )
                                      )
17            Defendant.              )
                                      )
18   _____ )
19
```

20  Pursuant to the Scheduling Order previously entered, the following is the proposed Joint
21  Pretrial Order which shall, upon approval of the Court, become the Final Pretrial Order.
22  **I.     IDENTIFICATION OF PARTIES AND COUNSEL**
23  **II.    STATEMENT OF JURISDICTION**
24        Briefly state the facts and cite the statutes which give this Court jurisdiction.
25  **III.   NATURE OF ACTION**
26        Provide a concise statement of the type of case, the cause of action, and the relief
27        sought.
28  **IV.    STIPULATIONS AND UNCONTESTED FACTS**

- 4 -

1  **V.    CONTESTED ISSUES OF FACT**
2       The following are issues of fact to be tried and determined upon trial.  Each issue
3       of fact must be stated separately and in specific terms, followed by the parties'
4       contentions as to each issue.
5           Issue:
6           Plaintiff(s) contends:
7           Defendant(s) contends:
8  **VI.   CONTESTED ISSUES OF LAW**
9       The following are issues of law to be tried and determined upon trial.  Each issue
10      of law must be stated separately and in specific terms, followed by the parties'
11      contentions as to each issue.
12          Issue:
13          Plaintiff(s) contends:
14          Defendant(s) contends:
15 **VII.  LIST OF WITNESSES**
16      Each party shall provide a list of witnesses intended to be called at trial.  Each
17      witness shall be indicated as either fact or expert.  A brief statement as to the
18      testimony of each expert witness shall also be included.
19 **VIII. LIST OF EXHIBITS**
20      Each party shall provide a list of numbered exhibits.  A statement of either
21      UNCONTESTED or CONTESTED shall follow each listed exhibit.  If contested,
22      a brief statement of the objection by the opposing party shall follow the listed
23      exhibit.
24      (e.g. - 1. Laboratory Report from the Clinical Immunology Diagnostic Laboratory
25      dated 6/15/93. CONTESTED by ***- Relevance, foundation and hearsay.)
26 **IX.   LIST OF DEPOSITIONS**
27      Portions of depositions that will be read at trial must be listed by page and line
28      number.  A statement of either UNCONTESTED or CONTESTED shall follow.  If

contested, a brief statement of the objection by the opposing party shall follow the listed portion of the deposition to be offered.

## X. JURY TRIAL or BENCH TRIAL

    **A.    For a Jury Trial**

Trial briefs (only upon request of the Court), proposed voir dire, interrogatories to the jury, stipulated jury instructions and instructions which are not agreed upon, shall be filed 10 days prior to Trial.

    **B.    For a Bench Trial**

Trial briefs (only upon request of the Court), shall be filed 10 days prior to Trial. Parties are referred to Local Rule 2.17 regarding the filing of proposed findings of fact and conclusions of law.

## XI.    PROBABLE LENGTH OF TRIAL

## XII.    ADDITIONAL INFORMATION THAT MAY BE HELPFUL TO THE COURT

## XII.  CERTIFICATION

The undersigned counsel for each of the parties in this action do hereby approve and certify the form and content of this proposed Joint Pretrial Order.

_____    _____
Attorney for Plaintiff             Attorney for Defendant

This proposed Joint Pretrial Order is hereby approved as the Final Pretrial Order on

this ____ day of _____, 200*.

_____
RANER C. COLLINS
United States District Judge