**RISNER & GRAHAM** #00089200
Attorneys at Law
100 North Stone Avenue, Suite 901
Tucson, Arizona 85701-1620
(520) 622-7494
**WILLIAM J. RISNER, ESQ.**
State Bar Number: 002257
Pima County Bar Number: 48228
**KENNETH K. GRAHAM, ESQ.**
State Bar Number: 007069
Pima County Bar Number: 21588
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **JESUS CASTRO ROMO,** | NO. 04:12-CV-000041-RCC |
| Plaintiff, | **THIRD JOINT SETTLEMENT STATUS REPORT** |
| -vs- | |
| **THE UNITED STATES OF AMERICA,** | Assigned to: Raner C. Collins |
| Defendant. | |

The government has approved the plaintiff to be paroled into the United States. The parties have agreed on a medical IME for the third week of January 2013 and the government will depose the plaintiff around the same date. In view of those events which are necessary for an evaluation of settlement that parties have not discussed settlement.

Undersigned counsel, William J. Risner, certifies that the content of the foregoing Joint Settlement Status Report is acceptable to Defendant's counsel and said counsel has authorized William J. Risner to sign on her behalf.

///

///

///

DATED this 2ND day of January, 2013.

| | |
|---|---|
| **RISNER & GRAHAM** | ERIC H. HOLDER, Jr.<br>Attorney General<br>JOHN F. WALSH<br>United States Attorney<br>District of Colorado<br>NATHALIE E. COHEN<br>Special Assistant United States Attorney |
| By: */s/ William J. Risner*<br>William J. Risner<br>*Attorneys for Plaintiff* | */s/ Nathalie E. Cohen*<br>Nathalie E. Cohen<br>*Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

This is to certify that on January 2, 2013 a true and correct copy of Third Joint Settlement Status Report was served by U.S. Mail and Electronic Mail on the counsel of record for all parties to the action below in this matter as follows:

Nathalie Cohen, Special Assistant U.S. Attorney
**UNITED STATES ATTORNEY - DISTRICT OF COLORADO**
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
*Attorney for Defendant*

DATED this 2nd day of January, 2013.

**RISNER & GRAHAM**

By: */s/ William J. Risner*
William J. Risner
*Attorneys for Plaintiff*