IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jesus Castro Romo,<br><br>      Plaintiff,<br><br>vs.<br><br>United States of America,<br><br>      Defendant. | No. CV 12-00041-TUC-JAS<br><br>**ORDER** |

The trial in this case will take place Monday, July 21 to Friday, July 25. The schedule will be as follows:

Monday: 9:00 AM to 5:00 PM

Tuesday: 10:30 AM to 5:00 PM

Wednesday: 9:00 AM to 12:00 PM

Thursday: 9:00 AM to 5:00 PM

Friday: 9:00 AM to 5:00 PM.[1]

Each day, the Court will take a morning recess, break for lunch, and take an afternoon recess.

Additionally, the parties are each instructed to file a trial brief before 12:00 PM, Friday, July 18. The brief should include a brief statement of the case, any anticipated legal issues, and any anticipated evidentiary issues.

Dated this 15th day of July, 2014.

---

[1] The Court sent the parties an email with a start time of 9:30 AM. This Order supersedes that communication.

1
2
3
4   Honorable James A. Soto
    United States District Judge
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28