IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jesus Castro Romo,<br><br>   Plaintiff,<br><br>vs.<br><br>United States of America,<br><br>   Defendant. | No. CV 12-00041-TUC-JAS<br><br>**ORDER** |

As trial in this matter is scheduled to begin Monday, July 21, Plaintiff is ordered to file a response to Defendant's Motion to Amend Pleading by Thursday, July 17.

Dated this 16th day of July, 2014.

_____
Honorable James A. Soto
United States District Judge