IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jesus Castro Romo,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>United States of America,<br><br>　　　　Defendant. | No. CV 12-00041-TUC-JAS<br><br>**ORDER** |

As trial in this matter is scheduled to begin Monday, July 21, Defendant is ordered to file a reply to Plaintiff's Response to Defendant's Motion to Amend Pleading by Noon, Friday, July 18.

Dated this 17th day of July, 2014.

　　　　　　　　　　　　　　　　　　　　　　　Honorable James A. Soto
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge